UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOWANDA JACKSON,

      **Plaintiff,**

v.                              Case No.: 3:20-cv-1441-BJD-PDB

MARIA D'S, INC., etc.,

      **Defendant.**
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 28; Report), entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on May 5, 2021. In the Report, the Magistrate Judge recommends that the Court grant Defendants' Motion to Stay in Favor of Arbitration (Doc. 23). Report at 13. No party filed an objection to the Report and the time to do so has passed. Accordingly, the matter is ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district judge is not required to conduct a *de novo* review of those findings. See <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993); <u>see also</u> 28 U.S.C. § 636(b)(1). Further, if no objections to a magistrate judge's report and recommendation are filed, the

district court reviews legal conclusions only for plain error and only if necessary in the interests of justice. Shepherd v. Wilson, 663 F. App'x 813, 816 (11th Cir. 2016); see also Mitchell v. United States, 612 F. App'x 542, 545 (11th Cir. 2015) (noting that under 11th Circuit Rule 3-1, the appellant would have waived his ability to object to the district court's final order on a report and recommendation where appellant failed to object to that report and recommendation). "Under plain error review, we can correct an error only when (1) an error has occurred, (2) the error was plain, (3) the error affected substantial rights, and (4) the error seriously affects the fairness, integrity or public reputation of judicial proceedings." Symonette v. V.A. Leasing Corp., 648 F. App'x 787, 790 (11th Cir. 2016) (citing Farley v. Nationwide Mut. Ins. Co., 197 F.3d 1322, 1329 (11th Cir. 1999)). Upon independent review of the entire record, the undersigned finds no plain error in the Report.

Accordingly, it is hereby

**ORDERED:**

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 28) as the opinion of the Court.

2. Defendants' Motion to Stay in Favor of Arbitration (Doc. 23) is **GRANTED.**

3. The parties are directed to submit to arbitration in accordance with the terms of the arbitration provision in the license agreement.

4. This case is **STAYED** pending arbitration.

5. The Defendants are **DIRECTED** to file a status report upon the conclusion of arbitration. If arbitration has not been completed by May 31, 2022, Defendants shall file a status report on that date and every one hundred and twenty (120) days thereafter until arbitration is complete.

6. The Clerk is **DIRECTED** to terminate any pending motions and **ADMINISTRATIVELY CLOSE** this case.

**DONE AND ORDERED** in Jacksonville, Florida, this 10th day of June, 2021.

BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record

*ap*